UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DARLENE HENDRICKSON**,    Case No. 3:10-cv-01508-KI

        Plaintiff,    JUDGMENT

  v.

**CAROLYN W. COLVIN**, Acting
Commissioner of Social Security,

        Defendant.

  Richard A. Sly
  209 S.W. Oak Street, Suite 102
  Portland, OR 97204

  Linda S. Ziskin
  PO Box 753833
  Las Vegas, NV 89136

      Attorneys for Plaintiff

  S. Amanda Marshall
  United States Attorney
  District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

Lisa Goldoftas
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   13th   day of August, 2014.

                /s /Garr M. King
                Garr M. King
                United States District Judge